# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**U.S.A. vs.** JEFFREY BERNARD JONES

**Docket No.** 3:01CR00257(RNC)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Vicki M. Stackpole, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Jeffrey Bernard Jones who was sentenced to 5 years probation for a violation of 18 U.S.C.§ 371 Conspiracy to Commit Bank Fraud by the Honorable Robert N. Chatigny, Chief U.S. District Judge, sitting in the court at Hartford, Connecticut on May 31, 2002, who fixed the period of probation 5 years and imposed the general terms and conditions theretofore adopted by the court. 1) The defendant will serve the first 4 months of his term of probation confined to his home with electronic monitoring: the defendant will be allowed to leave his home to work, obtain medical attention, participate in drug treatment, attend religious services and at other times approved in advance by the United States Probation Office; 2) The defendant will pay restitution in the total amount of $14,800 at a rate of $25 per month for the first 4 months, thereafter at a rate of $50 per month, interest on restitution is waived. Restitution in the amount of $7,000 will be paid to Fleet Bank, $3,500 will be paid to Citizens Bank; $4,300 will be paid to Forth Fork Bank, 3) The defendant will participate in a program of substance abuse monitoring, counseling, and treatment as directed by U.S. Probation Office; 4) The defendant will participate in a program of mental health evaluation, counseling, and treatment under the direction of the U.S. Probation Office, the defendant will pay all, or a portion of, the costs associated with his participation in these programs based on his ability to pay, in an amount to be determined by Probation; 5)The defendant will provide the Probation Office with any requested financial information; and 6) The defendant will not open any new lines of credit without prior approval from Probation.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The defendant is being cited for violating the following conditions of probation:

Charge No. 1-<u>Standard Condition</u>: You shall report to the probation office and shall submit a truthful and complete written report within the first five days of the month.

Mr. Jones has failed to report to the office as instructed on the first Tuesday of each month. His last office contact was January 28, 2005.

Charge No. 2- <u>Special Condition</u>: The defendant will pay restitution in the total amount of $14,800 at a rate of $25 per month for the first 4 months, thereafter at a rate of $50 per month.

Mr. Jones has failed to make payments toward his restitution. The last payment was received in November 2004.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing Jeffrey Bernard Jones to appear before this court at Hartford, Connecticut, on <u>June 9, 2005 at 10:00 a.m.</u> to show cause why supervision should not be revoked.

**ORDER OF COURT**

Considered and ordered this __19__ day of May, 2005 and ordered filed and made a part of the records in the above case.

The Honorable Robert N. Chatingy
Chief United States District Judge

Sworn to By

_Vicki M. Stackpole_
Vicki M. Stackpole
United States Probation Officer

Place __Hartford, CT__

Date __5-19-05__

Before me, the Honorable Robert N. Chatingy, Chief United States District Judge, on this __19__ day of May 2005 at Hartford, Connecticut, U.S. Probation Officer Vicki M. Stackpole appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

The Honorable Robert N. Chatigny
Chief United States District Judge