```
                    UNITED STATES DISTRICT COURT

                      DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,      :
                               :
     Plaintiff,                :
                               :
V.                             :   CASE NO. 3:01CR257(RNC)
                               :
JEFFREY BERNARD JONES,         :
                               :
     Defendant.                :
```

ORDER MODIFYING TERMS AND CONDITIONS OF PROBATION

On May 31, 2002, the Court sentenced the defendant to a term of probation of five (5) years for conspiracy to commit bank fraud, in violation of 18 U.S.C. § 371.  The standard conditions of probation set by the Court required, among other things, that the defendant report to the probation office and submit a truthful and complete written report within the first five days of each month, and, that the defendant not commit another federal, state or local crime or illegally possess a controlled substance.

On June 3, 2005, the defendant was ordered to show cause why his term of probation should not be revoked based on a petition filed by the probation office stating that he had violated the foregoing standard conditions of his probation.  On June 9, 2005, the defendant appeared with counsel for a hearing to determine if his probation should be revoked.  On that day, the defendant admitted that he had violated these standard terms of his probation.  Based on the entire record, the Court found that the defendant had violated the foregoing conditions of his probation and modified his probation to include a requirement that he complete a six-month inpatient program at Crossroads, Inc.  The

Court continued defendant's violation hearing until a time after completion of the Crossroads, Inc. inpatient program.

On May 5, 2006, the defendant again appeared before the Court for a hearing to determine if his probation should be revoked. On that day, the defendant admitted that he had violated the standard conditions of his probation requiring that he report to the probation office and not commit another federal, state or local crime or illegally possess a controlled substance. Based on the entire record, the Court found that the defendant had violated the foregoing conditions of his probation and concluded that the terms and conditions of his probation should be modified to include a requirement that he complete an additional six-month inpatient program at Crossroads, Inc.

Accordingly, it is hereby ordered that the term of probation imposed on May 31, 2002, as modified on June 9, 2005, is further modified to include the following special condition: the defendant will participate in the Crossroads, Inc. inpatient program for a period of not less than six (6) months. The judgment and order of commitment entered by this Court on May 31, 2002 in all other respects remains the same.

So ordered.

Dated at Hartford, Connecticut this ___ day of May 2006.

_____/s/_____
Robert N. Chatigny
United States District Judge