# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**U.S.A. vs.** JEFFREY BERNARD JONES

Docket No. 3:01CR00257(RNC)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Vicki M. Stackpole, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Jeffrey Bernard Jones, who was sentenced to 5 years probation for a violation of 18 U.S.C. § 371, Conspiracy to Commit Bank Fraud, by the Honorable Robert N. Chatigny, Chief U.S. District Judge, sitting in the court at Hartford, Connecticut on May 31, 2002, who fixed the period of probation 5 years and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: 1) The defendant will serve the first 4 months of his term of probation confined to his home with electronic monitoring. The defendant will be allowed to leave his home to work, obtain medical attention, participate in drug treatment, attend religious services and at other times approved in advance by the United States Probation Office; 2) The defendant will pay restitution in the total amount of $14,800 at a rate of $25 per month for the first 4 months, and thereafter, at a rate of $50 per month. Interest on restitution is waived. Restitution in the amount of $7,000 will be paid to Fleet Bank, $3,500 will be paid to Citizens Bank; $4,300 will be paid to Forth Fork Bank; 3) The defendant will participate in a program of substance abuse monitoring, counseling, and treatment as directed by the Probation Office; 4) The defendant will participate in a program of mental health evaluation, counseling, and treatment under the direction of the Probation Office. The defendant will pay all, or a portion of, the costs associated with his participation in these programs based on his ability to pay, in an amount to be determined by the Probation Office; 5) The defendant will provide the Probation Office with any requested financial information; and 6) The defendant will not open any new lines of credit without prior approval from the Probation Office.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The defendant is being cited for violating the following condition of probation:
<u>Special Condition</u>: The defendant will participate in a program of substance abuse monitoring, counseling, and treatment as directed by the Probation Office

The defendant began the six-month inpatient program at Crossroads Inc. on May 9, 2006. Mr. Jones prematurely left the inpatient program at Crossroads Inc. in New Haven, Connecticut on July 19, 2006. Crossroads reported that he was terminated from the program after rendering a positive urine sample for cocaine on that same day.

<u>Standard Condition</u>: You shall report to the probation office and shall submit a truthful and complete written report within the first five days of the month.

Mr. Jones has failed to report to the office as instructed on the first Tuesday of each month. His last office contact was on August 9, 2006.

**PRAYING THAT THE COURT WILL ORDER** a warrant to issue with the period of supervision tolled, so that Mr. Jones can be brought before the Court to show cause as to why his supervision should not be revoked.

**ORDER OF COURT**

Considered and ordered this 12TH day of September, 2006 and ordered filed and made a part of the records in the above case.

The Honorable Robert N. Chatigny
Chief United States District Judge

Sworn to By

_Vicki M. Stackpole_
Vicki M. Stackpole
United States Probation Officer

Place: Hartford, CT
Date: Sept. 12, 2006

Before me, the Honorable Robert N. Chatigny, Chief United States District Judge, on this 12TH day of September 2006 at Hartford, Connecticut, U.S. Probation Officer Vicki M. Stackpole appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

The Honorable Robert N. Chatigny
Chief United States District Judge