# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. JEFFREY BERNARD JONES

Docket No. 3:01CR00257(RNC)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Vicki M. Stackpole, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Jeffrey Bernard Jones who was sentenced to 5 years' probation for a violation of 18 U.S.C.§ 371, Conspiracy to Commit Bank Fraud, by the Honorable Robert N. Chatigny, Chief U.S. District Judge, sitting in the court at Hartford, Connecticut on May 31, 2002, who fixed the period of probation 5 years and imposed the general terms and conditions theretofore adopted by the court. 1) The defendant will serve the first 4 months of his term of probation confined to his home with electronic monitoring. The defendant will be allowed to leave his home to work, obtain medical attention, participate in drug treatment, attend religious services and at other times approved in advance by the United States Probation Office; 2) The defendant will pay restitution in the total amount of $14,800 at a rate of $25 per month for the first 4 months, thereafter at a rate of $50 per month, interest on restitution is waived. Restitution in the amount of $7,000 will be paid to Fleet Bank, $3,500 will be paid to Citizens Bank, $4,300 will be paid to Forth Fork Bank; 3) The defendant will participate in a program of substance abuse monitoring, counseling, and treatment as directed by U.S. Probation Office; 4) The defendant will participate in a program of mental health evaluation, counseling, and treatment under the direction of the U.S. Probation Office, the defendant will pay all, or a portion of, the costs associated with his participation in these programs based on his ability to pay, in an amount to be determined by the Probation Office; 5) The defendant will provide the Probation Office with any requested financial information; and 6) The defendant will not open any new lines of credit without prior approval from the Probation Office.

On September 28, 2006, the court modified the conditions of probation by the requirement that the defendant be confined to Watkinson House Halfway House in Hartford, Connecticut for a period of six months. At the conclusion of the six month confinement, the defendant's probation will be terminated.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following conditions of probation:

<u>Special Condition</u>: "The defendant shall be confined to Watkinson House for a period of six months. At the conclusion of the six month confinement, the defendant's probation will be terminated."

On October 25, 2006, Mr. Jones was placed in the Watinkson House Halfway House. On December 1, 2006, he was given a pass out of the halfway house and was to return the same day. Mr. Jones failed to return to the halfway house. As of the writing of this Petition his whereabouts remain unknown.

**PRAYING THAT THE COURT WILL ORDER** a warrant to issue with the period of probation tolled.

**ORDER OF COURT**

Considered and ordered this 4th day of December, 2006 and ordered filed and made a part of the records in the above case.

The Honorable Peter C. Dorsey
Senior United States District Judge

Sworn to By
Vicki M. Stackpole
United States Probation Officer

Place New Haven CT
Date December 4, 2006

Before me, the Honorable Peter C. Dorsey Senior United States District Judge, on this 4th day of December 2006, at New Haven, Connecticut, U.S. Probation Officer Vicki M. Stackpole appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

The Honorable Peter C. Dorsey
Senior United States District Judge

PROB 19
(Rev. 1/82)

# United States District Court

for

**DISTRICT OF CONNECTICUT**

U.S.A. vs Jeffrey Bernard Jones

Docket No. 0205-3:01CR00257-001

TO:[1]  **any United States Marshal**

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE |||||
|---|---|---|---|---|
| You are hereby commanded to arrest the within-named subject and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. |||||
| NAME OF SUBJECT<br>Jeffrey Bernard Jones ||| SEX<br>Male | RACE<br>Black | AGE<br>38 |
| ADDRESS (STREET, CITY, STATE)<br>unknown |||||
| SENTENCE IMPOSED BY (NAME OF COURT) |||| DATE IMPOSED<br>05/21/2002 |
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE) |||||
| CLERK<br>Kevin Rowe | (BY) DEPUTY CLERK || DATE<br>12/4/06 ||

| RETURN |||
|---|---|---|
| **Warrant received and executed** | DATE RECEIVED | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) |||
| NAME | (BY) | DATE |

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for _____ District of _____;" or "any United States Marshal; or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

A True Copy
ATTEST:

KEVIN F. ROWE
Clerk, U.S. District Court

By _____
Deputy Clerk