UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA    :    Case No. 3:01CR257(RNC)
                            :
            v.              :
                            :
JEFFREY BERNARD JONES       :    December 19, 2006

## ORDER:  TERMINATION OF PROBATION

Based on the record in this case, particularly the defendant's history of addiction, the

Court finds that continuing the defendant on probation is not in the interest of justice.  Therefore,

the Court orders that the defendant's term of probation be terminated and the United States

Marshal Service release the defendant forthwith.

So ORDERED on this 19th day of December, 2006.

_____
ROBERT N. CHATIGNY
CHIEF UNITED STATES DISTRICT COURT JUDGE